**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**WESTERN DISTRICT OF KENTUCKY**

TO:  COMMONWEALTH OF KENTUCKY )
C/O STATE TREASURER )
1050 US 127 SOUTH )
FRANKFORT, KY 40601 )
)
IN RE:  PAULA L. STEWART )
)
SSN:  XXX-XX-8494 )
)
DEBTOR(S) )

CHAPTER 13

CASE NO: 24-33043

**ORDER TO DEDUCT WAGES**

The above-named party filed a petition under Chapter 13 of the Bankruptcy code on 12/12/2024 and has notified the Court that he/she is employed by the above-named employer.

Said employer is hereby authorized and directed to pay William W. Lawrence the sum of $60.00 SEMI-MONTHLY from the debtor's wages, beginning with the next payday until further order of the Court. The Trustee is directed to endorse the check of remittance, and such so endorsed shall be a receipt of all monies collected from said employer. The employer may mail payments to the Trustee, or make payments electronically at www.tfsbillpay.com/employer.

Said employer is directed to notify the Trustee immediately upon the termination of the debtor's services.

Pursuant to 11 U.S.C. Section 525, no private employer may terminate the employment of, or discriminate with respect to employment against an individual solely because such individual is or has been a debtor under Chapter 13 of the Bankruptcy Codes.

A copy of this order shall be mailed to the debtor(s), to the attorney, to the Trustee and to the employer.

[Ordered Tendered By:]
PAYMENTS SHALL BE MADE TO:

William W. Lawrence, Trustee
200 S. Seventh St., Suite 310
Louisville, KY 40202
Phone: (502)581-9042

ENTERED BY ORDER OF THE COURT:
UNITED STATES BANKRUPTCY JUDGE

BY: */s/Elizabeth H. Parks*
_____
Clerk of the Court