UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:                                              )
                                                    )
Paula L. Stewart                                    )
Charles T. Stewart                                  )          CASE NO. 24-33043
                                                    )          Chapter 13
                                                    )
                          Debtor(s)                 )
_____            )

## SCHEDULE OF ALLOWED CLAIMS

Debtors, by counsel, state that the following claims have been duly proven, and should be allowed as unsecured and paid in accordance with the Order of Confirmation.

Claim 1
Discover Bank
PO Box 3025
New Albany, OH 43054-3025
$8168.07

Claim 3
Jefferson Capital Systems LLC
PO Box 7999
St. Cloud, MN 56302-9617
$4577.28

Claim 4
Jefferson Capital Systems LLC
PO Box 7999
St. Cloud, MN 56302-9617
$5435.63

Claim 5
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541
$1339.78

Claim 6

Local Form L

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
$6693.31

Address
Whitford & Neuhauser
5135 Dixie Hwy, Ste. 24
Louisville, KY 40216

Local Form L